No. 5508.

MORRIS RANGER VS. NEW ORLEANS AND THE NEW ORLEANS, JACKSON & G. N. R. R. Co.

Where a suit was instituted against a railway company and was prosecuted to judgment in the lower court, and the rights and franchises of that company were transferred to another company thereafter, such latter company cannot be made a party to the appeal by motion in the Supreme Court. If it is the successor of the

defendant company, it must have an opportunity to contest the pretension that it inherits the liabilities of that company, and the appellate court cannot assume as an undisputed fact that it represents its predecessor in such sense as to be liable for that predecessor's obligations.

The court will not pass upon the constitutionality of a legislative act in advance of a question arising under it being presented, because it is alleged to be an impediment in the way of enforcing in the future a judgment which one expects to obtain.

APPEAL from the Superior District Court of New Orleans. HAW-KINS, J.

*Labatt & Aroni* for Plaintiff Appellant. *Jonas, M'Caleb, Blanc,* City Attorney and Assistants, and *Semmes* for Defendants.

MANNING, C. J., delivered the opinion, affirming in part and reversing in part.